Ed Dunlavey
Legal Officer
NATIONAL PARK SERVICE
Law Enforcement Office
P.O. Box 517
Yosemite, California  95389
Telephone: (209) 372-0243

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Docket 6:08-mj-204-WMW |
| Plaintiff, | ) | MOTION TO DISMISS; AND ORDER THEREON |
| v. | ) | |
| ROSS BRODSKIY, | ) | |
| Defendant. | ) | |

Pursuant to Rule 48 of the Federal Rules of Criminal Procedure, and by leave of Court endorsed hereon, the United States hereby requests that the complaint against the Defendant be dismissed in the interest of justice and moves the Court for an order of dismissal without prejudice.

Dated: February 17, 2009 .          NATIONAL PARK SERVICE


                                    /S/ Ed Dunlavey
                                    Ed Dunlavey
                                    Legal Officer

**ORDER**

IT IS SO ORDERED.

Dated:   **February 19, 2009**            **/s/ William M. Wunderlich**
                                    UNITED STATES MAGISTRATE JUDGE

1