1   Ed Dunlavey
    Legal Officer
2   NATIONAL PARK SERVICE
    Law Enforcement Office
3   P.O. Box 517
    Yosemite, California  95389
4   Telephone: (209) 372-0243

5
                IN THE UNITED STATES DISTRICT COURT FOR THE
6
                     EASTERN DISTRICT OF CALIFORNIA
7

8   UNITED STATES OF AMERICA,        )        Docket 6:08-mj-204-WMW
                                     )
9            Plaintiff,              )          DISMISSAL; AND
                                     )          ORDER THEREON
10          v.                       )
                                     )
11  ROSS BRODSKIY,                   )
                                     )
12           Defendant.              )
                                     )
13  _____)

14          Pursuant to Rule 48 of the Federal Rules of Criminal Procedure, and by leave of Court

15  endorsed hereon, the United States hereby moves the Court for an order of dismissal without

16  prejudice.

17          Dated: May 1, 2009 .                  NATIONAL PARK SERVICE

18

19                                                _____/S/ Ed Dunlavey_____

20                                                Ed Dunlavey
                                                  Legal Officer
21

22
                                         **ORDER**
23

24

25  IT IS SO ORDERED.

26  **Dated:   May 1, 2009**        _____**/s/  William M. Wunderlich**_____
                                      UNITED STATES MAGISTRATE JUDGE
27

28

                                          1